THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL AZIZ ZARIF SHABAZZ, Also Known as MICHAEL HURLEY, Appellant, v JEROME J. RICHARDS, Acting Judge of Franklin County Court, et al., Respondents.

Submitted May 31, 2016; decided June 30, 2016

Motion for reargument of motion for leave to appeal denied [*see* 27 NY3d 976 (2016)].

In the Matter of KEVIN REAVES, Appellant, v ONE POLICE PLAZA, Respondent.

Submitted May 31, 2016; decided June 30, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

KAMEL R. SADEK, Respondent, v JENKINS A. WESLEY et al., Appellants.

Submitted June 13, 2016; decided June 30, 2016

Motion for reargument denied [*see* 27 NY3d 982 (2016)].

In the Matter of SUZANNE QQ., Respondent, v BEN RR., Appellant.

Submitted May 23, 2016; decided June 30, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.